UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UPLAND SPECIALTY INSURANCE CO., :
                                  Plaintiff, :    23 Civ. 4414 (LGS)
                                          :
                  -against- :           ORDER
                                            :
ACCIDENT FUND INSURANCE CO., :
                                  Defendant. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated May 30, 2023, required the parties to file a proposed case management plan and joint letter by July 12, 2023.

       WHEREAS, Defendant has not appeared, and Plaintiff has not filed proof of service on the docket.

       WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan.  It is hereby

       **ORDERED** that if Plaintiff has been in communication with Defendant, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **July 14, 2023**.  If Plaintiff has not been in communication with Defendant, it shall file a status letter regarding its efforts to serve Defendant and request an adjournment of the initial conference as soon as possible, and no later than **July 14, 2023**.

Dated: July 13, 2023
       New York, New York

                                                                     LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE